Richard Salcido, State Bar No. 078003
HUNTER, MOLLOY & SALCIDO, LLP
225 South Lake Avenue, Suite 600
Pasadena, California 91101
Phone:      (626) 568-2500
Facsimile:  (626) 405-0786

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| ELDIN SANCHEZ, an individual | Case No.: C07 00044 WHA |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE; AND ORDER** |
| WHEELS OF AMERICA SAN FRANCISCO, LTD; SF ALLOY WHEEL SERVICE, LLC; ROBERT STRETCH, an individual AND DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by Dal Bon & Wang, through James Dal Bon, attorneys for Plaintiff Eldin Sanchez; and by Hunter, Molloy & Salcido LLP through Richard Salcido, attorneys for Defendants Wheels of America San Francisco, Ltd., San Francisco Alloy Wheel Service, LLC and Robert Stretch that Plaintiff's Complaint has settled to the satisfaction of all parties to this lawsuit, and that the Plaintiff's Complaint may now be dismissed with prejudice as to all Defendants therein. Each party is to bear its own attorneys' fees and costs.

Dated: March 23, 2007                               DAL BON & WANG

                                                    By _____
                                                        James Dal Bon, Esq.
                                                        Attorneys for Plaintiff


Dated: March 26, 2007                               HUNTER, MOLLOY & SALCIDO, LLP


                                                    By _____
                                                        Richard Salcido, Esq.
                                                        Attorneys for Defendants


## ORDER

The above Stipulation is hereby accepted and made the Order of this Court.

**IT IS SO ORDERED.**

DATED: _____, 2007


                                                    _____
                                                    HON. WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 225 South Lake Avenue, Suite 600, Pasadena, California, 91101.

On April 2, 2007, I served the foregoing document described as **STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE; AND ORDER** on the interested parties in this action by placing true copies thereof enclosed in sealed envelope(s) as follows:

James Dal Bon, Esq.
Dal Bon & Wang
12 South First Street, Suite 613
San Jose, CA 95113
Attorneys for Plaintiff

[X]   **BY MAIL** - I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY MESSENGER SERVICE** - I caused such envelope(s) to be delivered by hand to the addressee(s).

[ ]   **BY FACSIMILE TRANSMISSION** - I caused such document(s) to be faxed to the addressee(s) at the facsimile number set forth beneath their above-listed address. At the completion of the transmission, a Transmission Report was generated confirming transmission and receipt by the addressee(s).

Executed on April 2, 2007, at Pasadena, California.

[ ]   **STATE** - I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[X]   **FEDERAL** - I declare that I am employed in the office of a member of the Bar for this Court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
M.K. Dickey